# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **KAREN PARTAIN,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v.  : | 5:04-CV-391 (WDO) |
| : | |
| **JOANNE BARNHART, Commissioner of** : | |
| **Social Security,** : | |
| : | |
| **Defendant** : | |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation to affirm the Social Security Commissioner's denial of the Plaintiff's application for disability benefits. Having carefully considered the Recommendation and the objections filed thereto, the Recommendation is ADOPTED and made the order of the Court. The Commissioner's denial of disability benefits is AFFIRMED.

SO ORDERED this 31st day of August, 2005.


S/Wilbur D. Owens, Jr.
**WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**